_____

No. 96-2020
_____

Harold O. Postma,                    *
                                     *
          Appellant,                 *
                                     *  Appeal from the United States
     v.                              *  District Court for the
                                     *  Northern District of Iowa.
Mike Van Otterloo, Sheriff,          *
                                     *       [UNPUBLISHED]
          Appellee.                  *


_____

                  Submitted:  May 10, 1996

                      Filed:  May 16, 1996
                  _____

Before BEAM, LOKEN, and MURPHY, Circuit Judges.
                  _____

PER CURIAM.


     Harold Postma, an Iowa inmate, appeals the district court's[1] order
dismissing without prejudice his 28 U.S.C. § 2254 petition, for failing to
exhaust state remedies.  We agree that Postma has currently available, non-
futile remedies in state court, and accordingly, the district court's
dismissal was correct.  See Iowa Code Ann. §§ 822.2, 822.3 (West 1994);
Smittie v. Lockhart, 843 F.2d 295, 296 (8th Cir. 1988).  We deny Postma's
motion for release.  See Fed. R. App. P. 23(b); Martin v. Solem, 801 F.2d
324, 329 (8th Cir. 1986).


     Affirmed.  See 8th Cir. R. 47A(a).


_____

     [1]The Honorable Donald E. O'Brien, United States District Judge
for the Northern District of Iowa.

A true copy.

Attest:

　　　　CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.